IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CRIMINAL NO. 3:16-cr-00513-S-1 |
| DURWIN DWAYNE POPE | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 3 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

Defendant **DURWIN DWAYNE POPE** is charged in a petition with a violation of the terms of her supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

- [X] find Defendant violated the terms of his supervised release;
- [X] revoke Defendant's supervised release;
- [X] impose a sentence of an additional term of imprisonment of __14__ months with a ~~further term of ____ months of~~ *no* supervised release to follow; and
- [X] *recommend to BOP placement in a facility as close to DFW as possible*

**SO RECOMMENDED** on 12/3/2025.

_____
DAVID HORAN
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **DURWIN DWAYNE POPE**, hereby

- [X] waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
- [ ] do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

12/3/25
Date

Pope Durwin
Defendant

_____
Defense Counsel

**Consented to by United States**

_____
Assistant U.S. Attorney