# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:16-CR-0513-S |
| | § | |
| DURWIN DWAYNE POPE (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 65], the First Amended Petition for Person Under Supervision [ECF No. 70], and the Second Amended Petition for Person Under Supervision [ECF No. 84] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Durwin Pope's term of supervised release. *See* Order, ECF No. 81. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 85. The Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is therefore **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be remanded to the custody of the Federal Bureau of Prisons for a period of **fourteen (14) months** with no additional term of supervised release to follow.

**SO ORDERED.**

SIGNED December 16, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**